No. 4167.—SOBRINOS DE IZQUIERDO & CÍA., aplte., *v.* GUTIÉRREZ, apdo.—C. D. Guayama. Cumplimiento de contrato y daños y perjuicios. Abril 28, 1927.

POR CUANTO archivada la transcripción de los autos el

25 de febrero último la parte apelante, solicitó y obtuvo dos prórrogas para la presentación de su alegato sin que llegara a hacerlo dentro del término prorrogado;

POR CUANTO basándose en tal hecho la parte apelada solicitó la desestimación del recurso;

POR CUANTO la parte apelante archivó entonces su alegato pidiendo a la corte que ejercitara su discreción en su favor, de acuerdo con la jurisprudencia establecida en *Dávila* v. *Del Campo*, 33 D.P.R. 130, ya que su apelación era meritoria;

POR CUANTO las razones alegadas no convencen al tribunal de que se trate de un caso verdaderamente meritorio;

POR TANTO, visto el artículo 42 del Reglamento de este tribunal, *se desestima el recurso. Desestimado.*